Michael J. Plati, AZ #016705
*Admitted pro hac vice*
E: mplati@consumerattorneys.com
*Attorneys for Plaintiff*
CONSUMER ATTORNEYS
8245 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (718) 715-1750

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILINDA RAY,<br><br>          Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>          Defendants. | **Case No.:** 2:23-cv-05335-RGK-MAA<br><br>**ORDER GRANTING STIPULATION [57] OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NAVIENT SOLUTIONS, LLC** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Navient Solutions, LLC and good cause appearing,

**IT IS ORDERED** that the stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice. Plaintiff and Navient Solutions, LLC are to bear their own attorneys' fees and costs.

1

**IT IS ORDERED.**

Dated: February 21, 2024

_[signature: Gary Klausner]_

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE